Thursday, March 23, 2017

No. 17–0307/AR.   Robert B. Bergdahl, Appellant v. Jeffrey R. Nance, Colonel, J.A. Military Judge, and United States.   CCA 20170114.   Notice is hereby given that a writ-appeal petition for review of the decision of the United States Army Court of Criminal Appeals on a petition for a writ of mandamus was filed under Rule 27(b) on this date.